# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EDUARDO FIGUEROA-NEGRON,

    Petitioner,

-vs-                                        Case No.  8:10-CV-2722-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

    Before the Court is Petitioner's "Motion of Appeal" (Dkt. 27).  The motion is largely nonsensical.  Moreover, the motion is more in the nature of argument in support of Ground One of Petitioner's petition for writ of habeas corpus, which alleges perjury by a state witness (see Dkt. 1 at p. 4).  Further, the Court notes that the motion is nearly identical to Petitioner's reply (see Dkt. 30).

    Accordingly, the Court **ORDERS** that Petitioner's "Motion of Appeal" (Dkt. 27) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on June 20, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner
        Counsel of Record